UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-231 F

| | |
|---|---|
| PAMELA HENSLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHNSTON COUNTY BOARD OF )<br>EDUCATION, and ANTHONY L. )<br>PARKER, in his capacity as the )<br>Superintendent of Johnston County )<br>Schools and in his individual capacity, )<br>)<br>Defendants. ) | O R D E R |

This matter is before the court *sua sponte*. The court previously ordered that all discovery in this action, including the initial pretrial conference and discovery plan required by Rule 26(f) of the Federal Rules of Civil Procedure and the onset of any and all discovery requirements, including initial disclosures required by Rule 26(a), are stayed until further order of the court. *See* Nov. 12, 2007 Order [DE-16].

Because the court has ruled on the motion to dismiss in this action, *see* December 23, 2010, Order [DE-18], the court ORDERS that the stay of discovery in this case is lifted. Furthermore, pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendant has fourteen (14) days from December 23, 2010, to file its answer in this action.

SO ORDERED. This the 30th day of December, 2010.

James C. Fox
Senior United States District Judge